

```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #:_____
                                                    DATE FILED:  8/9/22
```

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

August 8, 2022

<u>Via ECF; Total Pages: 1</u>
Hon. Valerie E. Caproni, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: Guerrero v. 100% Made in the USA Bully Tools et. al.
          Civil Action No. 1:22-cv-2466-VEC

Dear Judge Caproni:

    This office represents defendant in the above referenced matter. Pursuant to Your Honor's Order dated July 21, 2022 (Doc 12), Defendant can file a Motion to Dismiss by August 10, 2022.

    Defendant respectfully requests a two week extension to August 25, 2022 to file their Motion to Dismiss. I have conferred with Plaintiff's counsel and they consent to this request.

                                        Respectfully submitted,

                                        *Michael K. Chong*

                                        Michael K. Chong, Esq.

> Application GRANTED. Defendant's motion to dismiss is due not later than August 25, 2022; Plaintiff must file any response not later than September 15, 2022; and Defendant must reply not later than September 22, 2022.
>
> SO ORDERED.
>
> *Valerie Caproni*     8/9/22
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

MKC/
cc: Plaintiff's counsel (*via ECF*)

**MEMO ENDORSED**