USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
EDELMIRA GUERRERO, Individually, and
On Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

100% MADE IN THE USA BULLY TOOLS, INC.,

                Defendant.
-------------------------------------------------------------- X

22-CV-2466 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff filed a Complaint against Defendant on March 27, 2022, Dkt. 1;

    WHEREAS Defendant filed a motion to dismiss the Complaint on September 12, 2022, Dkt. 20; and

    WHEREAS Plaintiff filed an Amended Complaint on September 23, 2022, Dkt. 26;

    IT IS HEREBY ORDERED that Defendant's motion to dismiss is DENIED as moot.

    IT IS FURTHER ORDERED that the Clerk of Court is respectfully requested to close the open motion at Dkt. 20.

    IT IS FURTHER ORDERED that Defendant must either answer the Amended Complaint or move to dismiss by not later than **Friday, October 21, 2022**, that any response is due not later than **Friday, November 18, 2022,** and any reply is due not later than **Monday, November 28, 2022**.

SO ORDERED.

Date: September 26, 2022
      New York, New York

                                          **VALERIE CAPRONI**
                                          **United States District Judge**