USDSNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
EDELMIRA GUERRERO, Individually, and
On Behalf of All Others Similarly Situated,

                            Plaintiff,

               -against-

100% MADE IN THE USA BULLY TOOLS, INC.,

                            Defendant.
------------------------------------------------------------- X

22-CV-2466 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

       WHEREAS a pretrial conference is currently scheduled for Friday, October 28, 2022, at 10:00 A.M., Dkt. 13;

       WHEREAS Plaintiff filed an Amended Complaint on September 23, 2022, Dkt. 26;

       WHEREAS Defendant moved to dismiss the Amended Complaint on October 6, 2022, Dkt. 31;

       WHEREAS the parties appeared for a status conference to discuss a discovery dispute on Friday, October 7, 2022; and

       WHEREAS the deadline for the close of fact discovery is October 27, 2022, Dkt. 13;

       IT IS HEREBY ORDERED that for the reasons stated at the conference, discovery is stayed pending the resolution of Defendant's renewed motion to dismiss.

       IT IS FURTHER ORDERED that the status conference scheduled for Friday, October 28, 2022, at 10:00 A.M. is adjourned *sine die*.

**SO ORDERED.**

Date: October 7, 2022
       New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**